IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

COURTNEY L.,
    Plaintiff,

v.                                                        Case No. 2:23cv111 (EWH)

MARTIN O'MALLEY,[1]
Commissioner of Social Security,
    Defendant.

## FINAL ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on December 7, 2023 (ECF No. 11). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having reviewed the Report and Recommendation, and having considered the record and the Report and Recommendation and finding no error, it is hereby ORDERED:

(1)    The Report and Recommendation (ECF No. 11) is ADOPTED as the opinion of this Court.

(2)    Plaintiff's Motion for Summary Judgment (ECF No. 9) is DENIED.

(4)    The final decision of the Commissioner is AFFIRMED.

(5)    This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is SO ORDERED.

/s/
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: February 2, 2024

---

[1] On December 20, 2023, Martin O'Malley became the Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Commissioner Martin O'Malley for former Acting Commissioner Kilolo Kijakazi in this matter.